IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CURTIS ALLEN DAVIS,**

   *Petitioner*,

v.     Case No.: 3:25cv716-MW/MAL

**WARDEN FPC PENSACOLA,**

   *Respondent*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 11. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 11, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's amended petition under 28 U.S.C. § 2241, ECF No. 6, is **DISMISSED without prejudice** for his failure to comply with an order of the Court." The Clerk shall close the file.

**SO ORDERED on September 10, 2025.**

                                   s/Mark E. Walker
                                   **United States District Judge**